Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**06/22**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Butchershop Creative, LLC** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **Butchershop Global**<br>**Butchershop** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **27-1512440** |

| | |
|---|---|
| 4. | Debtor's address |

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1428 Shotwell St.**<br>**San Francisco, CA 94110**<br>Number, Street, City, State & ZIP Code | **773 Center Blvd.**<br>**Unit 283**<br>**Fairfax, CA 94978**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **San Francisco**<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.butchershop.co** |

| | |
|---|---|
| 6. | Type of debtor |

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case: 23-30823   Doc# 1   Filed: 12/01/23   Entered: 12/01/23 18:13:06   Page 1 of 50

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>5418</u>

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| District | _____ | When _____ | Case number _____ |
| District | _____ | When _____ | Case number _____ |

Case: 23-30823    Doc# 1    Filed: 12/01/23    Entered: 12/01/23 18:13:06    Page 2 of 50

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

         Contact name _____

         Phone _____

---

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Case: 23-30823   Doc# 1   Filed: 12/01/23   Entered: 12/01/23 18:13:06   Page 3 of 50

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 24, 2023**
               MM / DD / YYYY

**X /s/ Trevor Hubbard**                              **Trevor Hubbard**
Signature of authorized representative of debtor      Printed name

Title  **CEO**

**18. Signature of attorney**

**X /s/ Stephen D. Finestone**                        Date  **November 24, 2023**
Signature of attorney for debtor                            MM / DD / YYYY

**Stephen D. Finestone 125675**
Printed name

**Finestone Hayes LLP**
Firm name

**456 Montgomery St., 20th Floor**
**San Francisco, CA 94104**
Number, Street, City, State & ZIP Code

Contact phone  **415 421-2624**    Email address  **sfinestone@fhlawllp.com**

**125675 CA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Butchershop Creative, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

   **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 24, 2023**      X **/s/ Trevor Hubbard**
                                                 Signature of individual signing on behalf of debtor

                                                 **Trevor Hubbard**
                                                 Printed name

                                                 **CEO**
                                                 Position or relationship to debtor

Case: 23-30823    Doc# 1    Filed: 12/01/23    Entered: 12/01/23 18:13:06    Page 6 of 50

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................  $ _____ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...............................................................................  $ _____ **194,993.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................  $ _____ **194,993.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $ _____ **3,036,300.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...............................................  $ _____ **23,759.95**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...........................  +$ _____ **1,702,640.11**

4. **Total liabilities** .......................................................................................
   Lines 2 + 3a + 3b   $ _____ **4,762,700.06**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| | |
|---|---|
| Debtor name | **Butchershop Creative, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**      **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Citibank** | checking | **4258** | **$9,493.00** |
| 3.2. | **Citibank** | checking | **5946** | **$0.00** |
| 3.3. | **First Republic Bank** **Account may have been closed by prior CFO** | checking | **9536** | **$0.00** |
| 3.4. | **Erste Bank (located in Austria)** **amount shown is an estimate** **Debtor does not have access.** | checking | **0300** | **$1,500.00** |
| 3.5. | **BBVA (account in Mexico)** **amount shown is an estimate.** **Debtor does not have access to the account.** | checking | **0300** ... checking | **$1,000.00** |

4.    **Other cash equivalents** *(Identify all)*

| 5. | **Total of Part 1.** | **$11,993.00** |
|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

**Part 2:** **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

**Deposit for business premises**
7.1.  **Maybe have been applied by landlord**                                      $33,000.00

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

8.1.  **Possible insurance policy rebates**                                          **Unknown**

| 9. | **Total of Part 2.** | **$33,000.00** |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:** **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

11b. Over 90 days old:  _____712,000.00__  -  _____712,000.00__ =....  _____$0.00__
face amount                doubtful or uncollectible accounts

| 12. | **Total of Part 3.** | **$0.00** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:** **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14.  **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Case: 23-30823   Doc# 1   Filed: 12/01/23   Entered: 12/01/23 18:13:06   Page 9 of 50

| Name of entity: | % of ownership | | |
|---|---|---|---|
| **Debtor owned subsidiary business:** | | | |
| **Butchershop DACH GmbH (100% owner)** | | | |
| **Butchershop Maniak, S.A. DE (100% owner)** | | | |
| 15.1.  **Neither business is operating** | **100**  % | | **Unknown** |
| | | | |
| **Investment in Imaginedby Holdings LLC** | | | |
| 15.2.  **entity is defunct** | **13%**  % | | **Unknown** |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

17. **Total of Part 4.**

    Add lines 14 through 16.  Copy the total to line 83.

    | **$0.00** |
    |---|

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Various office furniture, equipment, computers (many of the computers are in the possession of former employees)** | **$0.00** | | **Unknown** |
| **Various office furniture, equipment and computers located at Mexico location:** | | | |
| **Calzada de los Paraisos 239** | | | |
| **Zapopan, Mexico 45010** | **$0.00** | | **Unknown** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
    books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
    collections; other collections, memorabilia, or collectibles

42.1.  **Artworks and books in San Francisco**
         **office**
         **best estimate of value is $5,000**                    $0.00                                          Unknown

43.    **Total of Part 7.**                                                                              $0.00
         Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
         ■ No
         ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
         ■ No
         ☐ Yes

**Part 8:**    Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

     ■ No.  Go to Part 9.
     ☐ Yes Fill in the information below.

**Part 9:**    Real property

54.  **Does the debtor own or lease any real property?**

     ■ No.  Go to Part 10.
     ☐ Yes Fill in the information below.

**Part 10:**    Intangibles and intellectual property

59.  **Does the debtor have any interests in intangibles or intellectual property?**

     ☐ No.  Go to Part 11.
     ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** **Butchershop trademark** **Let's Make Amazing trademark** | $0.00 | | Unknown |
| 61.  **Internet domain names and websites** **butchershopcreative.com; imaginedby.com; joinclarityproject.com; joinclarityproject.de; maniak.com.mx; premortapp.com; lendbetta.com; worldsgreatestinternship.com; equityforequality.org** | $0.00 | | Unknown |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** **Business customer list** | $0.00 | | Unknown |

**64.**   **Other intangibles, or intellectual property**
**Google drive with millions of files, documents, design assets, and content. Includes things like website, decks, presentations, spreadsheets, formulas and processes, photography, other imagery, video assets and files, charts, graphs, copy writing documents, processes and procedures, operating manuals, performance review processes.**      **$0.00**                **Unknown**

**65.**   **Goodwill**

**66.**   **Total of Part 10.**                            **$0.00**

       Add lines 60 through 65. Copy the total to line 89.

**67.**   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
     ■ No
     ☐ Yes

**68.**   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ■ No
     ☐ Yes

**69.**   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 11:**   **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No. Go to Part 12.
     ■ Yes Fill in the information below.

                                                          **Current value of debtor's interest**

**71.**   **Notes receivable**
     Description (include name of obligor)

**72.**   **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

**73.**   **Interests in insurance policies or annuities**

**74.**   **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Claims against prior CFO**
**Lawsuit has been filed**                                               **Unknown**

**Nature of claim**     **Breach of fiduciary duty and related claims.**

**Amount requested**     **$0.00**

**Arbitration award against third party - collectibility is unknown.**                        **$150,000.00**

**Nature of claim**

**Amount requested**     **$0.00**

Case: 23-30823    Doc# 1    Filed: 12/01/23    Entered: 12/01/23 18:13:06    Page 12 of 50

75.  **Other contingent and unliquidated claims or causes of action of
     every nature, including counterclaims of the debtor and rights to
     set off claims**
     **Butchershop holds a convertible note for $159,000 in a
     business known as Solvv**                                                    **Unknown**

| Nature of claim | convertible note |
| Amount requested | **$0.00** |

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets,
     country club membership

78.  **Total of Part 11.**                                                        | **$150,000.00** |

     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

Debtor **Butchershop Creative, LLC**
Name

Case number *(If known)* _____

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $11,993.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $33,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $150,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $194,993.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $194,993.00 |

**Fill in this information to identify the case:**

Debtor name **Butchershop Creative, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1 Centerstone SBA Lending, Inc.**
Creditor's Name

**700 Flower St., #850
Los Angeles, CA 90017**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
July 2018**
**Last 4 digits of account number
1144**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Blanket lien on debtor's assets**

Describe the lien
**UCC-!**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| $1,816,300.00 | Unknown |
| --- | --- |

**2.2 Fora Financial West, LLC**
Creditor's Name

**1385 Broadway, 15th Fl.
New York, NY 10018**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
May 2023**
**Last 4 digits of account number
4689**

Describe debtor's property that is subject to a lien
**blanket lien on debtor's assets**

Describe the lien
**UCC-1**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| $220,000.00 | Unknown |
| --- | --- |

Case: 23-30823    Doc# 1    Filed: 12/01/23    Entered: 12/01/23 18:13:06    Page 15 of 50

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated<br>☐ Disputed |

---

| 2.3 | **SBA** | Describe debtor's property that is subject to a lien | $1,000,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Attn: District Counsel**
**455 Market St., Suite 600**
**San Francisco, CA 94105**

**blanket lien on debtor's assets**
**Debtor is uncertain of balance**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**October 2021**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated<br>☐ Disputed |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $3,036,300.00 |
|---|---|---|

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **BWA Law Group**<br>**Attn: Jeremy Alberts**<br>**One Sansome St., Ste. 3500**<br>**San Francisco, CA 94104** | Line __2.1__ | |
| **Hemar, Russo & Heald LLP**<br>**15910 Ventura Blvd.**<br>**12th Floor**<br>**Encino, CA 91436** | Line __2.1__ | |

Fill in this information to identify the case:

Debtor name **Butchershop Creative, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** | Priority creditor's name and mailing address

**Cal. Dept of Tax and Fee Administration**
**450 N Street**
**P.O. Box 942879**
**Sacramento, CA 94279**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **Unknown** | Priority amount **$0.00**

**2.2** | Priority creditor's name and mailing address

**D.C. Dept. of Employment Services**
**4058 Minnesota Ave. NE**
**Washington, DC 20019**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$768.00** | Priority amount **$768.00**

52896
Case: 23-30823   Doc# 1   Filed: 12/01/23   Entered: 12/01/23 18:13:06   Page 17 of 50

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|-----|---------|---------|---------|---------|

**D.C. Office of Tax and Revenue**
**1101 4th St. SW**
**Suite 270**
**Washington, DC 20024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | | **Unknown** | **$0.00** |

**Employment Development Dept.**
**Bankruptcy Unit - MIC 92E**
**P.O. Box 826880**
**Sacramento, CA 94280-0001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | | **$497.95** | **$497.95** |

**Employment Security Dept.**
**P.O. Box 9046**
**Olympia, WA 98507**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | | **$359.00** | **$359.00** |

**Florida Dept. of Revenue**
**5050 W Tennessee St.**
**Tallahassee, FL 32399**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Case: 23-30823   Doc# 1   Filed: 12/01/23   Entered: 12/01/23 18:13:06   Page 18 of 50

**2.7** Priority creditor's name and mailing address

**Franchise Tax Board**
**State of California**
**P.O. Box 2952**
**Sacramento, CA 95812-5000**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.8** Priority creditor's name and mailing address

**Illinois Dept. of Emp. Security**
**33 S State St., 10th Floor**
**Chicago, IL 60603**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$124.00**    **$124.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.9** Priority creditor's name and mailing address

**Illinois Dept. of Revenue**
**P.O. Box 19048**
**Springfield, IL 62794**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.10** Priority creditor's name and mailing address

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7316**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

Case: 23-30823   Doc# 1   Filed: 12/01/23   Entered: 12/01/23 18:13:06   Page 19 of 50

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,372.00 | $1,372.00 |
|------|---|---|---|---|

**Louisiana Dept. of Revenue**
**P.O. Box 4969**
**Baton Rouge, LA 70821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $175.00 | $175.00 |
|------|---|---|---|---|

**Louisiana Workforce Commission**
**P.O. Box 94050**
**Baton Rouge, LA 70804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $0.00 | $0.00 |
|------|---|---|---|---|

**New Hampshire Employment**
**Security**
**518 White Mountain Highway**
**Conway, NH 03818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Notice only**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $7,056.00 | $7,056.00 |
|------|---|---|---|---|

**NY Dept. of Labor**
**Unemployment Insurance Division**
**P.O. Box 15122**
**Albany, NY 12212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

Case: 23-30823   Doc# 1   Filed: 12/01/23   Entered: 12/01/23 18:13:06   Page 20 of 50

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $365.00 | $365.00 |
|---|---|---|---|---|

**Oregon Dept. of Revenue**
**955 Center St. NE**
**Salem, OR 97301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Oregon Employment Dept.**
**875 Union St. NE**
**Salem, OR 97311**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,959.00 | $6,959.00 |
|---|---|---|---|---|

**San Francisco Tax Collector**
**P.O. Box 7027**
**San Francisco, CA 94120**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,011.00 | $4,011.00 |
|---|---|---|---|---|

**Tina Morgan**
**340 Olema Rd.**
**Fairfax, CA 94930**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,865.00 | $1,865.00 |
|---|---|---|---|---|

**Virgina Dept. of Taxation**
**P.O. Box 2156**
**Richmond, VA 23218**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $208.00 | $208.00 |
|---|---|---|---|---|

**Washington Emp. Security Dept.**
**P.O. Box 9046**
**Olympia, WA 98507**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | $44,000.00 |

**Advertising M&A**
**Suite 3, 2nd Floor Icom House**
**1/5 Irish Town**
**GIBRALTAR**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | $0.00 |
|---|---|---|

**Angela De La Housaye**
**De La Housaye & Associates**
**1211 Newell Ave., Ste 210**
**Walnut Creek, CA 94596**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice only**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | $1,385.00 |
|---|---|---|

**Appfire Technologies**
**1500 District Ave.**
**Burlington, MA 01803**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Business debt**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,550.00 |
|---|---|---|---|

**Archetype Legal**
**18035 Barret Ave.**
**Sonoma, CA 95476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $172,359.00 |
|---|---|---|---|

**AUFI Limited**
**20 Eastcastle St.**
**London, W1W 8DB**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $171,402.00 |
|---|---|---|---|

**Ava Labs**
**c/o Sher Tremonte LLP**
**Attn: Justin Gunnell**
**90 Broad St, 23rd Floor**
**New York, NY 10004**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brent Meyer**
**268 Bush St., #3639**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,648.00 |
|---|---|---|---|

**California Choice**
**P.O. Box 7088**
**Orange, CA 92863**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**CFO Rick Inc.**
**P.O. Box 2854**
**San Francisco, CA 94126**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,033.00 |
|---|---|---|---|

**Cimar Business Advisory Group**
**9901 IH10 West,**
**Suite 777**
**San Antonio, TX 78230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

Case: 23-30823   Doc# 1   Filed: 12/01/23   Entered: 12/01/23 18:13:06   Page 23 of 50

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**Cleod9 Music, LLC**
**4609 Columbia Road**
**Annandale, VA 22003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,383.00** |
|---|---|---|---|

**Comcast Business**
**2073 Folsom St.**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt** _

Last 4 digits of account number  **7684** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$610,000.00** |
|---|---|---|---|

**Dataiku Inc.**
**c/o Aaron M. Rubin**
**2050 Main St., Ste. 1100**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,605.00** |
|---|---|---|---|

**Farmers Insurance**
**P.O. Box 2847**
**Grand Rapids, MI 49501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,883.00** |
|---|---|---|---|

**Graf Patsch Taucher**
**Brucknerstrasse 2/4**
**1040 Wien**
**AUSTRIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,450.00** |
|---|---|---|---|

**Gunslingers, Inc.**
**10809 Lurline Ave.**
**Chatsworth, CA 91311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Handsome Frank Ltd.**
**152 Knollys Road**
**London SW16 2JU**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,142.00** |
|---|---|---|---|

**Hanseatische Krankenkasse**
**Wandsbeker Zollstrasse 86-90**
**22041 Hamburg**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,142.00** |
|---|---|---|---|

**HKK Hamburg**
**Grindelalee 41**
**20146 Hamburg**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$26,688.00** |
|---|---|---|---|

**Impossible Studios Inc.**
**11 Carlaw Ave., Unit 7**
**Toronto, ON M4M 2R6**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,846.00** |
|---|---|---|---|

**Jensen Haxel Law**
**P.O. Box 1353**
**Ashland, OR 97520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,875.00** |
|---|---|---|---|

**Jonanna Widner**
**5506 NE 31st Ave.**
**Portland, OR 97211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Joseph Beutel**
**4446 Harriet Ave.**
**Minneapolis, MN 55419**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Josh Davis**
**1211 Newell Ave, Ste. 210**
**Walnut Creek, CA 94596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-30823   Doc# 1   Filed: 12/01/23   Entered: 12/01/23 18:13:06   Page 25 of 50

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117,000.00 |
|---|---|---|---|

**Just Media, Inc.**
**P.O. Box 1510**
**San Anselmo, CA 94979**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $235.00 |
|---|---|---|---|

**Katinka Webber**
**340 Olema Rd.**
**Fairfax, CA 94930**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**Lorin Taylor Design, LLC**
**414 Albemarle Rd, 4D**
**Brooklyn, NY 11218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Lucia Corona Brandt**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,325.00 |
|---|---|---|---|

**Moodley Brand Identity**
**Nikolaiplatz 5**
**A-8020 Graz**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,440.00 |
|---|---|---|---|

**Namely**
**195 Broadway, 15th Floor**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,801.00 |
|---|---|---|---|

**Pizza Fist 100, LLC**
**c/o Turtle Bay Group**
**369 Lexington Ave., 24th Floor**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-30823   Doc# 1   Filed: 12/01/23   Entered: 12/01/23 18:13:06   Page 26 of 50

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,444.00 |

**Red Settler Ltd.**
**15-19 Dyke Road**
**Brighton, East Susses BN1 3FE**
**ENGLAND**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,056.00 |

**Simas Consulting, LLC**
**10 Candlelight Lane**
**Lafayette, CA 94549**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,926.00 |

**TC II 351 California**
**P.O. Box 741393**
**Los Angeles, CA 90074**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,969.00 |

**The Hartford**
**3-1 Woods Park Dr.**
**Clinton, NY 13323**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,500.00 |

**Tim Ryan Strategy**
**262 Irving Ave, 3L**
**Brooklyn, NY 11237**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,011.11 |

**Tina Morgan**
**c/o Elizabeth Farrell**
**324 S. Abernathy St.**
**Portland, OR 97239**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **past wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |

**Toni Lee Communications**
**4 Spicewood Lane**
**Wilton, CT 06897**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-30823   Doc# 1   Filed: 12/01/23   Entered: 12/01/23 18:13:06   Page 27 of 50

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,409.00 |
|---|---|---|---|

**Treuhand**
**Langenweg 55**
**26125 Oldenburg**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,396.00 |
|---|---|---|---|

**Two Bits SA DE CV**
**45010 Zapopan**
**Zapopan, Jalisco**
**MEXICO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $910.00 |
|---|---|---|---|

**VBG**
**Massaquoipassage 1**
**22305 Hamburg**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $127.00 |
|---|---|---|---|

**Wex Health**
**P.O. Box 9528**
**Fargo, ND 58106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,500.00 |
|---|---|---|---|

**ZoomInfo**
**805 Broadway, Suite 900**
**Vancouver, WA 98660**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **BLA Schwartz**<br>**Attn: Irwin B. Schwartz**<br>**One University Ave, Suite 302B**<br>**Westwood, MA 02090** | Line  **3.3**<br><br>☐ Not listed. Explain _____ | _ |
| 4.2 | **Elizabeth Farrell**<br>**324 S. Abernethy St.**<br>**Portland, OR 97239** | Line  **2.18**<br><br>☐ Not listed. Explain _____ | _ |

| Debtor | Butchershop Creative, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.3  Peter F. O'Connor<br>One Rockefeller Plaza, 10th Fl.<br>New York, NY 10020 | Line  **3.27**<br><br>☐  Not listed. Explain ____ | _ |

---

**Part 4:**  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 23,759.95 |
| **5b. Total claims from Part 2** | 5b. + | $ 1,702,640.11 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,726,400.06 |

Case: 23-30823   Doc# 1   Filed: 12/01/23   Entered: 12/01/23 18:13:06   Page 29 of 50

**Fill in this information to identify the case:**

Debtor name **Butchershop Creative, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Appfire Technologies<br>1500 District Ave.<br>Burlington, MA 01803 |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Ava Labs<br>c/o Sher Tremonte LLP<br>Attn: Justin Gunnell<br>90 Broad St, 23rd Floor<br>New York, NY 10004 |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Dataiku Inc.<br>c/o Aaron M. Rubin<br>2050 Main St., Ste. 1100<br>Irvine, CA 92614 |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TC II 351 California<br>P.O. Box 741393<br>Los Angeles, CA 90074 |

Case: 23-30823   Doc# 1   Filed: 12/01/23   Entered: 12/01/23 18:13:06   Page 30 of 50

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Trevor Hubbard** | **773 Center Blvd. Unit 283 Fairfax, CA 94978** | **Centerstone SBA Lending, Inc.** | ■ D   **2.1**<br>☐ E/F _____<br>☐ G _____ |

Case: 23-30823   Doc# 1   Filed: 12/01/23   Entered: 12/01/23 18:13:06   Page 31 of 50

**Fill in this information to identify the case:**

Debtor name **Butchershop Creative, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$2,414,042.00** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$14,421,846.00** |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$12,100,229.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Case: 23-30823    Doc# 1    Filed: 12/01/23    Entered: 12/01/23 18:13:06    Page 32 of 50

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- |
| 7.1. **Turan-Walters v. Butchershop Creative, LLC WC-CM-955453** | **Wage and Hour claim** | **Dept. of Industrial Relations 455 Golden Gate Ave., 10th Ave. San Francisco, CA 94102** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. **Commonwealth of Virginia v. Butchershop Creative, LLC unknown** | **Tax collection case** | **pending in Virgina** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. **Butchershop Creative, LLC v. CFO Rick Inc et al. CGC-23-609983** | **Claims against former officer for breach of fiduciary duty and other claims.** | **San Francisco Superior Court 400 MacAllister St. San Francisco, CA 94102** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. **Centerstone SBA Lending, Inc. v. Butchershop Creative, LLC et al. 23ST CV23715** | **Collection action** | **Los Angeles Superior Court 111 N. Hill St. Los Angeles, CA 90012** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Case: 23-30823    Doc# 1    Filed: 12/01/23    Entered: 12/01/23 18:13:06    Page 33 of 50

■ None

## Part 4:  Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:  Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss

If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.

List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:  Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Finestone Hayes LLP 456 Montgomery St., 20th Floor San Francisco, CA 94104** | | **June 27, 2023** | **$25,000.00** |
| | Email or website address **sfinestone@fhlawllp.com** | | | |
| | Who made the payment, if not debtor? **Trevor Hubbard** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **301 8th Street Suite 250 San Francisco, CA 94103** | |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Case: 23-30823   Doc# 1   Filed: 12/01/23   Entered: 12/01/23 18:13:06   Page 35 of 50

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|
| | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

Case: 23-30823    Doc# 1    Filed: 12/01/23    Entered: 12/01/23 18:13:06    Page 37 of 50

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 24, 2023**

**/s/ Trevor Hubbard**                                       **Trevor Hubbard**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **CEO**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

In re                                                    Case No.

**Butchershop Creative, LLC**

_____ Debtor(s).          /

**CREDITOR MATRIX COVER SHEET**

    I declare that the attached Creditor Mailing Matrix, consisting of __9__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date:  **November 24, 2023**          **/s/ Trevor Hubbard**
_____          _____
                                        **Trevor Hubbard**/CEO
                                        Signer/Title

Advertising M&A
Suite 3, 2nd Floor Icom House
1/5 Irish Town
GIBRALTAR


Angela De La Housaye
De La Housaye & Associates
1211 Newell Ave., Ste 210
Walnut Creek, CA 94596


Appfire Technologies
1500 District Ave.
Burlington, MA 01803


Archetype Legal
18035 Barret Ave.
Sonoma, CA 95476


AUFI Limited
20 Eastcastle St.
London, W1W 8DB
UNITED KINGDOM


Ava Labs
c/o Sher Tremonte LLP
Attn: Justin Gunnell
90 Broad St, 23rd Floor
New York, NY 10004


BLA Schwartz
Attn: Irwin B. Schwartz
One University Ave, Suite 302B
Westwood, MA 02090


Brent Meyer
268 Bush St., #3639
San Francisco, CA 94104

BWA Law Group
Attn: Jeremy Alberts
One Sansome St., Ste. 3500
San Francisco, CA 94104


Cal. Dept of Tax and Fee Administration
450 N Street
P.O. Box 942879
Sacramento, CA 94279


California Choice
P.O. Box 7088
Orange, CA 92863


Centerstone SBA Lending, Inc.
700 Flower St., #850
Los Angeles, CA 90017


CFO Rick Inc.
P.O. Box 2854
San Francisco, CA 94126


Cimar Business Advisory Group
9901 IH10 West,
Suite 777
San Antonio, TX 78230


Cleod9 Music, LLC
4609 Columbia Road
Annandale, VA 22003


Comcast Business
2073 Folsom St.
San Francisco, CA 94110

D.C. Dept. of Employment Services
4058 Minnesota Ave. NE
Washington, DC 20019


D.C. Office of Tax and Revenue
1101 4th St. SW
Suite 270
Washington, DC 20024


Dataiku Inc.
c/o Aaron M. Rubin
2050 Main St., Ste. 1100
Irvine, CA 92614


Elizabeth Farrell
324 S. Abernethy St.
Portland, OR 97239


Employment Development Dept.
Bankruptcy Unit - MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Employment Security Dept.
P.O. Box 9046
Olympia, WA 98507


Farmers Insurance
P.O. Box 2847
Grand Rapids, MI 49501


Florida Dept. of Revenue
5050 W Tennessee St.
Tallahassee, FL 32399

Fora Financial West, LLC
1385 Broadway, 15th Fl.
New York, NY 10018


Franchise Tax Board
State of California
P.O. Box 2952
Sacramento, CA 95812-5000


Graf Patsch Taucher
Brucknerstrasse 2/4
1040 Wien
AUSTRIA


Gunslingers, Inc.
10809 Lurline Ave.
Chatsworth, CA 91311


Handsome Frank Ltd.
152 Knollys Road
London SW16 2JU
UNITED KINGDOM


Hanseatische Krankenkasse
Wandsbeker Zollstrasse 86-90
22041 Hamburg
GERMANY


Hemar, Russo & Heald LLP
15910 Ventura Blvd.
12th Floor
Encino, CA 91436


HKK Hamburg
Grindelalee 41
20146 Hamburg
GERMANY

```
Ilinois Dept. of Emp. Security
33 S State St., 10th Floor
Chicago, IL 60603


Illinois Dept. of Revenue
P.O. Box 19048
Springfield, IL 62794


Impossible Studios Inc.
11 Carlaw Ave., Unit 7
Toronto, ON M4M 2R6
CANADA


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7316


Jensen Haxel Law
P.O. Box 1353
Ashland, OR 97520


Jonanna Widner
5506 NE 31st Ave.
Portland, OR 97211


Joseph Beutel
4446 Harriet Ave.
Minneapolis, MN 55419


Josh Davis
1211 Newell Ave, Ste. 210
Walnut Creek, CA 94596
```

Just Media, Inc.
P.O. Box 1510
San Anselmo, CA 94979


Katinka Webber
340 Olema Rd.
Fairfax, CA 94930


Lorin Taylor Design, LLC
414 Albemarle Rd, 4D
Brooklyn, NY 11218


Louisiana Dept. of Revenue
P.O. Box 4969
Baton Rouge, LA 70821


Louisiana Workforce Commission
P.O. Box 94050
Baton Rouge, LA 70804


Lucia Corona Brandt


Moodley Brand Identity
Nikolaiplatz 5
A-8020 Graz
GERMANY


Namely
195 Broadway, 15th Floor
New York, NY 10007

New Hampshire Employment Security
518 White Mountain Highway
Conway, NH 03818


NY Dept. of Labor
Unemployment Insurance Division
P.O. Box 15122
Albany, NY 12212


Oregon Dept. of Revenue
955 Center St. NE
Salem, OR 97301


Oregon Employment Dept.
875 Union St. NE
Salem, OR 97311


Peter F. O'Connor
One Rockefeller Plaza, 10th Fl.
New York, NY 10020


Pizza Fist 100, LLC
c/o Turtle Bay Group
369 Lexington Ave., 24th Floor
New York, NY 10017


Red Settler Ltd.
15-19 Dyke Road
Brighton, East Susses BN1 3FE
ENGLAND


San Francisco Tax Collector
P.O. Box 7027
San Francisco, CA 94120

SBA
Attn: District Counsel
455 Market St., Suite 600
San Francisco, CA 94105


Simas Consulting, LLC
10 Candlelight Lane
Lafayette, CA 94549


TC II 351 California
P.O. Box 741393
Los Angeles, CA 90074


The Hartford
3-1 Woods Park Dr.
Clinton, NY 13323


Tim Ryan Strategy
262 Irving Ave, 3L
Brooklyn, NY 11237


Tina Morgan
340 Olema Rd.
Fairfax, CA 94930


Tina Morgan
c/o Elizabeth Farrell
324 S. Abernathy St.
Portland, OR 97239


Toni Lee Communications
4 Spicewood Lane
Wilton, CT 06897

Treuhand
Langenweg 55
26125 Oldenburg
GERMANY


Trevor Hubbard
773 Center Blvd.
Unit 283
Fairfax, CA 94978


Two Bits SA DE CV
45010 Zapopan
Zapopan, Jalisco
MEXICO


VBG
Massaquoipassage 1
22305 Hamburg
GERMANY


Virgina Dept. of Taxation
P.O. Box 2156
Richmond, VA 23218


Washington Emp. Security Dept.
P.O. Box 9046
Olympia, WA 98507


Wex Health
P.O. Box 9528
Fargo, ND 58106


ZoomInfo
805 Broadway, Suite 900
Vancouver, WA 98660

# United States Bankruptcy Court
## Northern District of California - San Francisco Division

In re   **Butchershop Creative, LLC** _____   Case No. _____
                                    Debtor(s)                Chapter   **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Butchershop Creative, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 24, 2023** _____        **/s/ Stephen D. Finestone** _____
Date                                             **Stephen D. Finestone 125675**
                                                 Signature of Attorney or Litigant
                                                 Counsel for   **Butchershop Creative, LLC** _____
                                                 **Finestone Hayes LLP**
                                                 **456 Montgomery St., 20th Floor**
                                                 **San Francisco, CA 94104**
                                                 **415 421-2624 Fax:415 398-2820**
                                                 **sfinestone@fhlawllp.com**

# United States Bankruptcy Court
## Northern District of California - San Francisco Division

In re __Butchershop Creative, LLC__       Case No. _____

Debtor(s)      Chapter **7**

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.      The undersigned is the attorney for the debtor(s) in this case.

2.      The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a)      For legal services rendered or to be rendered in contemplation of and in connection with this case     $      **25,000.00**
   b)      Prior to the filing of this statement, debtor(s) have paid     $      **25,000.00**
   c)      The unpaid balance due and payable is     $      **0.00**

3.      $ __338.00__ of the filing fee in this case has been paid.

4.      The Services rendered or to be rendered include the following:
   a.      Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b.      Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
   c.      Representation of the debtor(s) at the meeting of creditors.

5.      The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and **Trevor Hubbard**

6.      The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

7.      The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:

8.      The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

Dated: __November 24, 2023__        Respectfully submitted,

         **/s/ Stephen D. Finestone**

Attorney for Debtor: **Stephen D. Finestone 125675**
**Finestone Hayes LLP**
**456 Montgomery St., 20th Floor**
**San Francisco, CA 94104**
**415 421-2624  Fax: 415 398-2820**
**sfinestone@fhlawllp.com**